CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 11 2017

JULIA C. DUDLEY, CLERK
BY: a-Blaylock
DEPUTY CLERK

November 3, 2017

To whom it may concern:

  Due to an active Protective Order I have against a Stalker (Andrew Carlson) who uses Pacer.gov to track my actions, please seal all information in my pleadings which contain contact information regarding my residence, phone number and email. I have also enclosed a copy of my Virginia ACP card.

          Thank you,

          */s/ Melinda Scott*

          Melinda Scott

**EMERGENCY PROTECTIVE ORDER**
Commonwealth of Virginia  Va. Code § 19.2-152.8

Court Case No. CL17000047-00

WISE COUNTY CIRCUIT COURT

[ ] General District Court   [X] Circuit Court
[ ] Juvenile and Domestic Relations District Court

**ALLEGED VICTIM**
MELINDA SCOTT

**DATE OF BIRTH OF ALLEGED VICTIM**
06/05/1985

v.

**RESPONDENT**
ANDREW CARLSON

150 WILLOW CREEK AVENUE
SCHENECTADY, NY 12304
RESPONDENT'S ADDRESS/LOCATION

[ ] CAUTION: Weapon Involved

**RESPONDENT IDENTIFIERS** (IF KNOWN)

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 03 | 26 | 1991 | 5 | 08 | 140 | GR | BR |

SSN 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
DRIVER'S LICENSE NO.   STATE   EXP.

**REQUEST FOR EMERGENCY PROTECTIVE ORDER**
To the individual requesting the order: Please provide information on alleged victim and other requested protected persons on form DC-621, NON-DISCLOSURE ADDENDUM.

I, the undersigned, assert under oath that the alleged victim is being or has been subjected to an act of violence, force, or threat, specifically:
MELLINDA SCOTT, CALEB CARCAMO, ENOCH CARCAMO, HANNAH SCOTT AND GABRIEL SCOTT

Therefore, I respectfully request the [X] issuance [ ] extension of an emergency protective order. In the case of a request for extension, I certify that the person in need of protection is physically or mentally incapable of filing a petition pursuant to Virginia Code § 19.2-152.9 or 19.2-152.10.

NAME AND AGENCY/RELATIONSHIP TO VICTIM
(If law enforcement officer, include badge and code no.)

[ ] ALLEGED VICTIM/PARENT/PERSON IN LOCO PARENTIS
[ ] LAW ENFORCEMENT OFFICER

DATE

Subscribed and sworn to before me this day [ ] in person [ ] by electronic communication
(If oath taken by electronic communication, print or type name of judge or magistrate taking oath.)

DATE   [ ] JUDGE   [ ] MAGISTRATE

**EMERGENCY PROTECTIVE ORDER**
Based on the above assertion and other evidence, I find that (if checked below):
[ ] There is probable danger of a further act of violence, force, or threat being committed by the Respondent against _____ the alleged victim; OR
[X] A [ ] warrant [X] petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1.

It is ORDERED that the request is hereby [ ] denied [X] granted and ORDERED that the Respondent shall observe the following conditions:
[X] The Respondent shall not commit acts of violence, force, or threat or criminal offenses resulting in injury to person or property.
[X] In order to protect the safety of the alleged victim or the alleged victim's family or household members, the Respondent shall have no contact of any kind with _or friends_
_____ [ ] except as follows: _____
[ ] The Respondent is also prohibited from being in the physical presence of

[ ] The alleged victim is granted possession of the companion animal, described as _____ (NAME/TYPE)
[X] It is further ordered that _no contact between parties in any form - media, texts, facebook, letters, internet, or any electronic means whatsoever_
[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. Number of supplemental pages _____

This Order is issued on __FEBRUARY 9, 2017__
DATE

THIS ORDER EXPIRES ON __FEBRUARY 9, 2019__ at 11:59 p.m.
DATE

RESPONDENT: SEE WARNINGS ON REVERSE
Print or type name of judge or magistrate if oral order
is reduced to writing by the law enforcement officer.)

[X] JUDGE   [ ] MAGISTRATE

VERIFICATION: I have verified this order. _____ DATE _____ [ ] JUDGE [ ] MAGISTRATE

FORM DC-382 (FRONT) 07/16

**COMMONWEALTH OF VIRGINIA**
**Address Confidentiality Program**

**MELINDA SCOTT**

is authorized to participate in the Address Confidentiality Program pursuant to VA. Code §2.2-515.2

DOB: 06/05/1985
EXPIRES: 10/24/2020
**Authorization**
2014PMB87

